UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MARGARET KINNEY, WILLIAM KINNEY, and SARAH E. VALDES, <br><br> Appellants, <br><br> v. <br><br> F. SCOTT MILLIGAN, <br><br> Appellee. | ) ) ) ) ) ) ) ) ) ) ) No.: 3:21-CV-132-TAV-JEM |

## ORDER

This civil matter is before the Court on the Report and Recommendations (the "R&R") entered by United States Magistrate Judge Jill E. McCook, on February 2, 2022 [Doc. 9]. Judge McCook recommends that the Court deny appellant's motion to set aside this Court's order dismissing this case. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court agrees with Judge McCook's recommendations, which the Court adopts and incorporates into its ruling. As such, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 9]. The motion to set aside this Court's order dismissing this case [Doc. 6] is **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE